AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gibson, Kim R. | U.S. District Court, PA | 04/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Counselors, Penn State University Dickinson School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. | 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. | 1996 | United States Army Reserves Retirement - pension received each month beginning in June, 2008. |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Somerset County Employees Retirement Plan (county pension) | $11,101.00 |
| 2. 2011 | Pennsylvania State Employees Retirement Plan (state pension) | $17,170.00 |
| 3. 2011 | United States Army Reserves (military pension) | $46,162.00 |
| 4. 2011 | Penn State Dickinson School of Law (Teaching Salary) | $24,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Penn State University Dickinson School of Law | 1/14-15/2011 | Carlisle, PA | Law School Bd. of Counselors Meeting | Lodging |
| 2. | Academy of Trial Lawyers of Allegheny County | 2/17-18/2011 | Pittsburgh, PA | Serving at Judge Trial Moot Court Competition | Lodging |
| 3. | Allegheny County Bar Association | 6/16-18/2011 | Champion, PA | Bar Association Conference | Lodging, Meals |
| 4. | Academy of Trial Lawyers of Allegheny County | 10/5-7/2011 | Farmington, PA | Conference | Lodging, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Boston College University | Tuition | K |
| 2. | USAA Bank | Line of unsecured credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank - IRA Account | A | Interest | J | T | | | | | - |
| 2. Somerset Trust Company | C | Interest | K | T | | | | | Assets- lines 6-12, 14-16 |
| 3. Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | - |
| 4. AAFMAA Life Insurance - Whole Life | A | int/div. | K | T | | | | | - |
| 5. Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | - |
| 6. Real Estate-Residential Lot-Somerset, PA- appraisal 4/29/10 | | None | K | Q | | | | | -See note in part VIII |
| 7. Federated GNMA Trust #16 | A | Dividend | J | T | | | | | - |
| 8. Federated Stock Trust #22 | A | Dividend | J | T | | | | | -See note in part VIII |
| 9. Federated Growth Fund #656 | | None | J | T | | | | | -See note in part VIII |
| 10. Federated Kaufman Class A Fund #66 | | None | J | T | | | | | - |
| 11. Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | - |
| 12. Somerset Trust Company - Accounts | A | Interest | J | T | | | | | - |
| 13. USAA Money Market | A | Int./Div. | J | T | | | | | |
| 14. Fed. MDT Small Cap Growth #284 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 15. Fed. MDT Large #269 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 16. Fed. InterCont. Fund #176 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 8 - formerly known as Federated Stock Trust #19.

2) Part VII, page 5, line 9 - formerly known as Federated Growth Fund #48.

3) Part VII, page 5, line 14 - formerly known as Fed MDT Small Cap Growth #282.

4) Part VII, page 5, line 15, formerly known as Fed MDT Large #265.

5) Part VII, page 5, line 16 - formerly known as Fed Inter Cont Fund #169.

6)            Part VII,page 5, line 6 - appraisal by trustee - January 2009

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim R. Gibson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544